IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VINCENT COLON, | ) | CASE NO. 1:08 CV 2273 |
| | ) | |
| Petitioner, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| STATE OF OHIO, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | **REPORT & RECOMMENDATION** |

This matter was referred[1] to the Magistrate Judge for report and recommendation on Vincent Colon's petition for writ of habeas corpus.[2]

The petitioner has now filed a motion to voluntarily dismiss his petition for writ of habeas corpus because the issues raised in that pleading have been rendered moot.[3]

In consideration whereof, the Magistrate Judge hereby recommends that Colon's motion for voluntarily dismissal of his petition for writ of habeas corpus be granted. The referral of this case to the Magistrate Judge is hereby terminated.

Dated:   October 8, 2008                                    s/ William H. Baughman, Jr.
                                                            United States Magistrate Judge

---

[1] Non-document Automatic Reference of Administrative Action, filed 10/01/2008.

[2] ECF # 1.

[3] ECF # 7.

**Objections**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order.[4]

---

[4] *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).