# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **VINCENT COLON,** ) | **CASE NO. 1:08CV2273** |
| ) | |
| Petitioner, ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| v. ) | |
| ) | |
| **STATE OF OHIO, et al.,** ) | **MEMORANDUM OPINION** |
| ) | **AND ORDER** |
| Respondents. ) | |
| ) | |

The instant matter is before the Court on Petitioner Vincent Colon's ("Colon") Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254. (Dkt. # 1.)

On October 1, 2008, this case was automatically referred to Magistrate Judge William H. Baughman, Jr. Pursuant to Local Rule 72.2. On October 7, 2008, Colon filed a Motion to Voluntarily Dismiss Petition for Writ of Habeas Corpus. (Dkt. # 7.) On October 8, 2008, the Magistrate Judge issued a Report and Recommendation, recommending that the Court GRANT Colon's Motion to Voluntarily Dismiss his Petition. (Dkt. # 8.)

Federal Rule of Civil Procedure 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service. Here, Colon moved the Court to voluntarily dismiss the case, and did not file objections to the Magistrate Judge's Report and Recommendation. Therefore, the Court must assume that Colon is

satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Baughman (Dkt. # 8) is hereby **ADOPTED**, and Colon's Petition is **DISMISSED**.

**IT IS SO ORDERED**.

                                       **/s/ Peter C. Economus - October 23, 2008**
                                       **PETER C. ECONOMUS**
                                       **UNITED STATES DISTRICT JUDGE**